

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Justin D. Perryman,

Vs. No. 11-18-00327-CV

Citizens National Bank at Brownwood,

* From the 35th District Court
  of Brown County,
  Trial Court No. CV1611446

* September 2, 2021

* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Justin D. Perryman.